**Continuing Abatement Order filed April 18, 2019**



**In The**

# Fourteenth Court of Appeals

**NO. 14-18-00741-CV**

**IN RE SCOTT M. CLEARMAN, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 461,672**

## CONTINUING ABATEMENT ORDER

On Friday, August 24, 2018, relator Scott M. Clearman filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel respondent, the Honorable Loyd Wright, presiding judge of Probate Court No. 1 of Harris County, to vacate his orders of July 10, 2018, and August 2, 2018, regarding relator's motion to quash.

Because respondent ceased to hold the office of Judge of Probate Court No. 1 of Harris County, Texas, after the institution of this action, we abated this mandamus

proceeding to permit respondent's successor, the Honorable Jerry Simoneaux, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Judge Simoneaux advised this court by letter that he stood by Judge Wright's decision not to vacate the July 10, 2018 and August 2, 2018 orders. However, Judge Simoneaux did not provide this court with a signed order reflecting his rulings regarding the relators' request for relief. Therefore, the abatement of this case is continued until **May 3, 2019**, by which time Judge Simoneaux shall file with this court a signed order reflecting his rulings concerning relator's request. This court will then consider a motion to reinstate or dismiss this proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.